THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALYSSA BONTON | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-cv-00091-SDJ-BD |
| | § | |
| BRIDGECREST ACCEPTANCE | § | |
| CORPORATION, *et al.* | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 22, 2024, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #38), that Plaintiff's Agreed Motion for Judgment, (Dkt. #37), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Agreed Motion for Judgment, (Dkt. #37), is **GRANTED**, and Plaintiff's claims asserted against Jonathan Stinnett, Thor Prosise, and Keone Prescott are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Motion to Stay Discovery, (Dkt. #26), is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 3rd day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE